## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Anna Marquez v. Sazerac Company, Inc.　　　Case Number: 1:23-cv-00097

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Anna Marquez

| | |
|---|---|
| Attorney name (type or print): | Francis R. Greene |
| Firm: | Greene Consumer Law |
| Street Address: | 1954 First St # 154 |
| City/State/Zip: | Highland Park IL 60035 |
| Bar ID Number: (See item 3 in instructions) | 6272313　　Telephone Number　　(312) 847-6979 |
| Email Address: | francis@greeneconsumerlaw.com |

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel

If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on　　March 8, 2023

Attorney signature:　　S/　Francis R. Greene

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015