UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Mike Ortiz and Shelly Carnes, individually and on behalf of all others similarly situated, | 1:23-cv-00097 |
| Plaintiffs, | Hon. Mary M. Rowland |
| - against - | |
| Sazerac Company, Inc., | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs give notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 19, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com