# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mike Ortiz, et al.

                              Plaintiff,

v.                                                       Case No.: 1:23−cv−00097
                                                          Honorable Mary M. Rowland

Sazerac Company, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2023:

       MINUTE entry before the Honorable Mary M. Rowland: A notice of voluntary dismissal (Dkt. [21]) has been filed by Plaintiff. This case is voluntarily dismissed. Any pending deadlines and motions are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.